■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS STANLEY, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on July 8, 1986, unanimously affirmed. Defendant-appellant's motion to enlarge the record on appeal is denied. No opinion. Concur—Murphy, P. J., Ross, Carro, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ROBINSON, Appellant.—Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on January 10, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Milonas, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LONNIE JOYNER, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on March 13, 1986, unanimously affirmed.